960

No. 587, Misc.  THOMPSON *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 599, Misc.  BANKS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 605, Misc.  TONER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 619, Misc.  HUNTER *v.* OHIO ET AL. Supreme Court of Ohio. Certiorari denied.

No. 621, Misc.  ROBLES *v.* FOLSOM, FEDERAL SECURITY ADMINISTRATOR. C. A. 2d Cir. Certiorari denied. *Emanuel Redfield* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 630, Misc.  HENRY *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 632, Misc.  DAVIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 640, Misc.  LOGAN *v.* DUNCAN, CIRCUIT COURT JUDGE. Supreme Court of Oregon and Circuit Court for Marion County, Oregon. Certiorari denied.

No. 641, Misc.  LEGG *v.* TENEYCKE ET AL. Supreme Court of California. Certiorari denied.